FILED
CLERK, U.S. DISTRICT COURT
03/22/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: tj DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD,<br><br>　　　　　Applicant,<br><br>　v.<br><br>ROADRUNNER INTERMODAL SERVICES,<br><br>　　　　　Respondent. | Case No. 2:20-mc-00089-JAK-PDx<br><br>**ORDER APPROVING WITHDRAWAL OF APPLICATION FOR ORDER REQUIRING COMPLIANCE WITH ADMINISTRATIVE SUBPOENA DUCES TECUM B-1-18P6E39** |

　　　On September 4, 2020, the National Labor Relations Board ("NLRB") filed an Application for Order Requiring Compliance with Administrative Subpoena Duces Tecum B-1-18P6E39 against Respondent Roadrunner Intermodal Services. [Dkt. No. 1.]

　　　Since the filing of the Application, the parties have met and conferred from September 2020 to March 2021 regarding the production of responsive documents. [*See* Dkt. Nos. 11, 18, 20, 22.]

　　　On March 17, 2021, the NLRB filed a motion to withdraw application for order requiring compliance with Administrative Subpoena Duces Tecum B-1-18P6E39. [Dkt. No. 23.]

The Court grants the NLRB's motion to withdraw the Application and the case is now closed.

**IT IS SO ORDERED**.

DATED: March 22, 2021.

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

Presented by:

_____
PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE